96 F.3d 1432
 43 ERC 1428
 Fallowfield Development Corp., E.J. Callaghan & Co., Inc.
v.
Betty R. Strunk, Betty R. Strunk, Personal Representative of
Leonard M. Strunk, Estate of Leonard M. Strunk v. Bryn Mawr
Trust Company; Betty R. Strunk Betty R. Strunk, Personal
Representative of Leonard M Strunk, Estate of Leonard M.
Strunk v. Bryn Mawr Trust Co. v. Edward J. Callaghan, Sr.,
E.J. Callaghan & Co.
 NOS. 94-2019, 94-2061, 95-1139
 United States Court of Appeals,
Third Circuit.
 Aug 20, 1996
 
 1
 Appeal From: E.D.Pa., Nos. 89-08644, 90-04431
 
 
 2
 AFFIRMED.